UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

PEARL MILES,

                                      Plaintiff,        **STIPULATION
                                                                   OF DISMISSAL
        -against-                                          WITH PREJUDICE**

ERIC ADAMS, INGRID LEWIS-MARTIN,        15 Civ. 6171 (CBA)(PK)
DEMETRIUS LAWRENCE, PATRICIA BAKER,
DENISE MANN, JACQUELINE WELCH, EVELYN
WILLIAMS, SIMONE BENNETT, ANDREW
GOUNARDES and CITY OF NEW YORK,

                                      Defendants.

-------------------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, as represented below, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, all individual defendants, **ERIC ADAMS, INGRID LEWIS-MARTIN, DEMETRIUS LAWRENCE, PATRICIA BAKER, DENISE MANN, JACQUELINE WELCH, EVELYN WILLIAMS, SIMONE BENNETT,** and **ANDREW GOUNARDES**, be, and they hereby are, dismissed from this action, with prejudice, and without costs, fees, or expenses, including attorneys' fees or expenses, to or from any party.

Dated:        New York, New York
                ~~December~~ January  12  , 2016

                                                      **LAW OFFICES OF TAMARA HARRIS**
                                                      Attorney For Plaintiff
                                                      111 Broadway, Suite 706
                                                      New York, New York 10006
                                                      (212) 334-1050
                                                      totallytammy2003@yahoo.com

                                          By:   _____
                                                                 Tamara Harris

Dated: New York, New York
December ~~~~~~~~~~, 2016
*January 17, 2017*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-187
New York, New York 10007-2601
(212) 356-2628
aschlesi@law.nyc.gov

By: _____
    Alan M. Schlesinger
    Assistant Corporation Counsel

15 Civ. 6171 (CBA)(PK)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PEARL MILES,

                              Plaintiff,

-against-

ERIC ADAMS, et al.,

                             Defendants.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-187
New York, N.Y. 10007-2601

Of Counsel: Alan M. Schlesinger
Tel: (212) 356-2628

Matter No. 2015-048064

*Due and timely service is hereby admitted.*

New York, N.Y. .........................................., 200 . . .

..............................................................................

Attorney for.................................................................